UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENNETH ARMOUR,

    Plaintiff,

v.

J. R. CAMPBELL, et al.,

    Defendants.
_____/

Case No. 2:06-cv-226
Hon. Gordon J. Quist

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket #10) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation and this dismissal will count as a strike for purposes of 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that upon review of Plaintiff's claims, this Court can discern no good-faith basis for an appeal and so certifies in accordance with *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated: January 19, 2007

        /s/ Gordon J. Quist
        GORDON J. QUIST
        UNITED STATES DISTRICT JUDGE